**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH PAUL,
Prisoner,

v.

Civil Case No. 8:24-cv-2517-KKM-AAS
Crim. Case No. 8:22-cr-297-KKM-AAS

UNITED STATES OF AMERICA,
Respondent.

---

**ORDER**

Joseph Paul moves under 28 U.S.C. § 2255 to vacate his conviction and 144-month sentence for possession with intent to distribute 50 grams or more of methamphetamine. (Civ. Doc. 1 and Crim. Doc. 52.) Because a response to the motion is warranted, the Court **ORDERS**:

1. The **CLERK** must send the United States a copy of the motion to vacate. (Civ. Doc. 1.)
2. Not later than **January 3, 2025**, the United States shall show cause why the court should not grant the relief sought in the motion to vacate.
3. Not later than **February 3, 2025,** (or thirty days after the United States responds to this order, whichever occurs later), Paul may reply.
4. Paul claims that counsel rendered ineffective assistance. An allegation of ineffective assistance of counsel waives the attorney-client privilege for the specific allegation so that counsel is permitted to disclose communications that were previously confidential. *Strickland v. Washington*, 466 U.S. 668, 691 (1984). Each of Paul's former trial counsel must cooperate with the United States in addressing Paul's claim of ineffective assistance of counsel and must both disclose a pertinent confidential communication with Paul and

provide the United States with a copy of relevant attorney work product and an affidavit.

5. The United States must procure transcripts in accordance with Rule 5(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts if the transcripts are not on file.
6. Paul must mail to the United States a copy of each pleading, exhibit, correspondence, or other paper that he files in this action and include a certificate of service specifying the date on which an accurate copy of the paper was mailed to the United States. If Paul fails to include the required certificate of service, the **CLERK** is directed to reject and return the paper.
7. Paul must immediately inform the Court of any change of address.

**ORDERED** in Tampa, Florida on November 4, 2024.

Kathryn Kimball Mizelle
United States District Judge